NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7076

RUDY BULLOCK,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-2004.

ON MOTION

Before RADER, Circuit Judge.

ORDER

Upon consideration of Rudy Bullock's unopposed motion for a 30-day extension of time, until December 18, 2009, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

|  | FOR THE COURT |
|---|---|
| **OCT 3 0 2009** | /s/ Jan Horbaly |
| Date | Jan Horbaly |
|  | Clerk |

cc: Sean A. Ravin, Esq.
Dawn E. Goodman, Esq.
s19



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 0 2009

JAN HORBALY
CLERK